IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ERNESTO CASTRO, | |
| Plaintiff, | Case No. 3:19-cv-50155 |
| v. | Honorable John Z. Lee |
| DEKALB COUNTY SOLUTIONS, INC., | Honorable Iain D. Johnston<br>Magistrate Judge |
| Defendant. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 19, at 10:00 a.m., the undersigned will appear before the Honorable Iain D. Johnston at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Courtroom 5200, Rockford, Illinois and will then and there present **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** at which time you may appear, if you so choose.

/s/ Joseph S. Davidson

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com